PROB 12C
(6/16)

Report Date: January 22, 2019

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Andrew Wrenn          Case Number: 0980 1:17CR02010-SAB-1

Address of Offender:                    Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: September 13, 2017

Original Offense:       Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 24 months; TSR - 36 months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Meghan McCalla          Date Supervision Commenced: December 27, 2018

Defense Attorney:       Jeffrey S. Dahlberg          Date Supervision Expires: December 26, 2021

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about January 5, 2019, Mr. Wrenn consumed methamphetamine.<br><br>Mr. Wrenn's conditions were reviewed with him on January 3, 2019. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 6, as noted above.<br><br>On January 7, 2019, Mr. Wrenn reported to the probation office and provided a urinalysis (UA) sample. The UA sample yielded a presumptive positive result for methamphetamine. Mr. Wrenn admitted to consuming methamphetamine on or about January 5, 2019, and signed a drug use admission form. |
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

Prob12C
Re: Wrenn, Christopher Andrew
January 22, 2019
Page 2

**Supporting Evidence**: On January 17, 18 and 22, 2019, Mr. Wrenn failed to report to the United States Probation office as directed.

Mr. Wrenn's conditions were reviewed with him on January 3, 2019. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 2, as noted above.

On January 14, 2019, Mr. Wrenn reported to the probation office. During that visit, he was instructed to report to the probation office next on January 17, 2019. On January 17, 2019, Mr. Wrenn failed to report as directed. Also on this date, the undersigned left a voicemail on Mr. Wrenn's primary number instructing him to report by 10 a.m. on January 18, 2019.

On January 18, 2019, Mr. Wrenn failed to report as directed. Later that morning, the undersigned attempted to contact Mr. Wrenn at his last known address. The undersigned left a business card with instructions to report by noon on January 18, 2019 but he failed to report as directed. Later that afternoon, the undersigned attempted to call Mr. Wrenn. A voicemail was left instructing Mr. Wrenn to report to the office on January 22, 2019 at 8:30 a.m. On January 22, 2019, Mr. Wrenn failed to report as directed and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 22, 2019

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

01/22/2019

Date