PROB 12C
(6/16)

Report Date: May 14, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Andrew Wrenn          Case Number: 0980 1:17CR02010-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: September 13, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: December 27, 2018 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: December 26, 2021 |

## PETITIONING THE COURT

**To issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on January 22, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change.   If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: Mr. Wrenn is alleged to have changed his living arrangements without notifying probation on or about May 8, 2019. |
| | Mr. Wrenn's conditions were reviewed with him on January 3, 2019.  He signed his conditions acknowledging an understanding of his conditions, which include standard condition number 5, as noted above. |
| | On May 3, 2019, Mr. Wrenn moved into the Progress House, a clean and sober house in Yakima, Washington.  On May 13, 2019, this officer received a telephone call from the house manger of the Progress House.  The house manger informed this officer that Mr. Wrenn left the residence on May 8, 2019, and has not returned since.  Mr. Wrenn has not contacted this officer to discuss his relocation and has not provided a reason for leaving the Progress House. |

Prob12C
**Re: Wrenn, Christopher Andrew**
**May 14, 2019**
**Page 2**

|   |   |   |
|---|---|---|
| 4 | | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

        **Supporting Evidence**: Mr. Wrenn is alleged to have failed to report to the probation office as instructed on May 13, 2019.

        Mr. Wrenn's conditions were reviewed with him on January 3, 2019. He signed his conditions acknowledging an understanding of his conditions, which include standard condition number 2, as noted above.

        On May 6, 2019, Mr. Wrenn reported to the probation office. At the conclusion of the office visit, he was instructed verbally and in writing to report back to the probation office on May 13, 2019, by 3 p.m.

        Mr. Wrenn failed to report as directed on May 13, 2019. He did not contact the probation office to explain why he could not report and is not responding to this officer's attempts to contact him. Mr. Wrenn is no longer residing at his listed address and his whereabouts are unknown at this time.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on January 22, 2019.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on:   May 14, 2019

    s/Phil Casey

    Phil Casey
    U.S. Probation Officer

Prob12C

**Re: Wrenn, Christopher Andrew**
**May 14, 2019**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

*/s/ Stanley A. Bastian*

Signature of Judicial Officer

May 14, 2019

Date