Case PROB 12C
(6/16)

Report Date: July 24, 2019

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 25, 2019**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Andrew Wrenn         Case Number: 0980 1:17CR02010-SAB-1

Address of Offender: ███████████████   Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: September 13, 2017

| | |
|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 24 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Meghan McCalla |
| Date Supervision Commenced: | December 27, 2018 |
| Defense Attorney: | Jeffrey S. Dahlberg |
| Date Supervision Expires: | December 26, 2021 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on January 22, 2019, and May 14, 2019.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Wrenn is alleged to have violated mandatory condition #1 by committing new law violations on May 29, 2019.

Mr. Wrenn's conditions were reviewed with him on January 3, 2019. He signed his conditions acknowledging an understanding of his conditions, which include mandatory condition #1.

Mr. Wrenn was arrested on May 29, 2019, and is being charged with two law violations: vehicular assault, in violation in Revised Code of Washington (RCW) 46.61.522,;and driving with a suspended license, in violation of RCW 46.20.342.1C, Yakima County Superior Court, cause number 19-1-00967-1.

According to a Union Gap Police Department (UGPD) report for incident number 19U002610, the following occurred: On May 29, 2019, the vehicle Mr. Wrenn was driving was involved in a head-on injury collision in the 1700 block of West Athanum Road, Union Gap, Washington.

Prob12C
Re: Wrenn, Christopher Andrew
July 24, 2019
Page 2

UGPD contacted Mr. Wrenn at the scene of the accident. During the contact, UGPD observed that his eyelids were droopy and his pupils were extremely constrictive, which is consistent with heroin use. When questioned by UGPD, Mr. Wrenn admitted to using methamphetamine 2 days prior to the accident. Based on the seriousness of the accident and Mr. Wrenn admitting to consuming controlled substances, a search warrant for Mr. Wrenn's blood to test for controlled substances was authorized. Blood was drawn by a phlebotomist and sent to the Washington State Patrol (WSP) for toxicology testing. At the time this report was written, blood test results have not returned from WSP.

UGPD contacted medical staff at Astria Regional Hospital to discuss the injuries to the passenger in the vehicle Mr. Wrenn was driving. According to medical staff, the passenger suffered two broken femurs, a broken right hand, a laceration to her liver, and a contusion to her pancreas. Because of the injuries the passenger suffered and the fact Mr. Wrenn appeared under the influence of controlled substances, the Yakima County Prosecutor's office filed vehicular assault charges. A Department of License check of Mr. Wrenn's driving status shows that his drivers license is suspended.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on January 22, 2019, and May 14, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 24, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS
[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

07/25/2019

Date